**IN THE MAGISTRATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

HOMERIVER - INSTITUTIONAL ACCOUNTS GROUP
HOMERIVER GROUP - IAG
**Plaintiff(s)**

**Vs.** **Civil Action No.** 26-E-14838

CHRISTOPHER ROSS
1032 WINTERGLEN WAY
AUSTELL GA 30168
**Defendant(s) Name, Premises Address.**

# WRIT OF POSSESSION – DISPOSSESSORY

To the Sheriff of Cobb County or his Lawful Deputies, or to a duly authorized off-duty sheriff, sheriff deputy or other individual certified by the Georgia Peace Officer Standards and Training Council having authority within the jurisdiction wherein the premises lie as pursuant to O.C.G.A. Section 44-7-55(e):

You arc hereby commanded to remove said Defendant(s) together with his/her/their property thereon from said premises and to deliver full and quiet possession of same to the Plaintiff(s) herein.

**This Writ of Possession shall be effective on:** OCT 27 2026 **, 20____.**

Pursuant to:

☑ Default

☐ Trial

☐ Consent Judgment/Order filed on: _______________

☐ Consent Judgment and Order with Affidavit of Non-compliance filed on: _________________ and _____________________, respectively.

☐ Other: ________________________________________

COBB COUNTY, GA.
FILED IN OFFICE
26 OCT 27 PM 2:31
[signature]
CLERK MAGISTRATE COURT

This ________ day of OCT 27 2026, ________ [signature]

**Judge**, Magistrate Court of Cobb County