**IT IS ORDERED as set forth below:**

**Date: November 24, 2026**

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER JERMAINE ROSS,<br><br>Debtor. | CASE NO. 26-65010-JWC<br><br>CHAPTER 7 |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Court will hold a hearing in Courtroom **1203**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA, at **2:00 P.M.**, on the **1st day of December, 2026,** to consider the Motion for Order Confirming No Stay Is in Effect Pursuant to 11 U.S.C. § 362(l)(3)(A) and Objection to Debtor Certification (Doc. No. 21) filed by HomeRiver – Institutional Accounts Group a/a/f 510 SFR GA Operations I LLC ("Movant"). Parties must appear in person unless otherwise ordered by the Court.

The Clerk is directed to serve a copy of this Order to the Debtor, counsel for

Movant, and the Chapter 7 Trustee.

**END OF DOCUMENT**